UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

vs.  CASE NO. 8:08-CR-126-T-17-TBM

ABRAM THOMPSON
_____/

## ORDER

This cause comes before the Court on the defendant's motion for new trial (Docket No. 165) and response (Docket No. 176). The Court tried this case and has previously considered the issues raised by the defendant based on the arguments made during the trial. The Court finds that its previous ruling were appropriate and finds no basis of awarding the defendant a new trial. Accordingly, it is.

**ORDERED** that defendant's motion for new trial (Docket No. 165) be **denied**.

**DONE AND ORDERED** in Chambers in Tampa, Florida this 23 day of January, 2009.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies furnished to: All Counsel of Record